IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUIS QUINTANILLA, on Behalf of Himself and All Other Employees Similarly Situated<br><br>Plaintiffs,<br><br>V.<br><br>GREYSTAR MANAGEMENT, INC.<br><br>Defendant. | §§§§§§§§§§§<br><br>Civil Action No. H-06-1751<br><br>Collective Action |

**CONSENT TO JOIN COLLECTIVE ACTION**
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to be a party plaintiff in a collective action brought in United States District Court for the Southern District of Texas entitled *Luis Quintanilla on Behalf of Himself and All Other Employees Similarly Situated v. Greystar Management, Inc.*, to recover unpaid overtime wages and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable federal and state laws. I hereby authorize Albert T. Van Huff of the law firm Monshaugen & Van Huff, P.C. to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a Plaintiff herein and to be bound by any settlement of this action of adjudication by the Court.

May 28, 2006
Date Signed

_____
Signature

Luis F. Quintanilla
Printed Name

9615 Stella Link _____ Houston tx 77025
**Address**          **City**      **State**    **Zip**

(713) 4321589
**Telephone Number**        **E-Mail Address**

    To join the collective action for FLSA claims, you must complete this consent from, sign your name where indicated, and either file it directly with the Court or send it to Plaintiff's counsel at the following address:

Albert T. Van Huff
MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, Texas 77008
Tel. (713) 880-2992
Fax (713) 880-5297